# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **MARK VANE,** § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Civil Action No. 1:23-cv-00266-DII |
| § | |
| **STATE FARM LLOYDS,** § | |
| § | |
| Defendant. § | |

## NOTICE OF SETTLEMENT

Plaintiff Mark Vane hereby advises the Court that the parties have settled this matter and are working on the exchange of settlement documentation and funding. The parties request 30 days to complete these tasks before the Court dismisses the case upon final motion by the parties.

Respectfully submitted,

**DALY & BLACK, P.C.**

By: /s/ *Maria R. Gerguis*
    Richard D. Daly
    State Bar No. 00796429
    rdaly@dalyblack.com
    Maria R. Gerguis
    State Bar No. 24090355
    mgerguis@dalyblack.com
    2211 Norfolk Street, Suite 800
    Houston, Texas 77098
    Tel: (713) 655-1405
    Fax: (713) 655-1587
    ecfs@dalyblack.com (service)
    **ATTORNEYS FOR PLAINTIFF**
    **MARK VANE**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 1, 2023, a true and correct copy of the forgoing was served on all counsel of record by the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure.

  Michael Klein
  Maria L. McIntyre
  DYKEMA GOSSETT PLLC
  One Congress Plaza
  111 Congress Avenue, Suite 1800
  Austin, Texas 78701
  (512) 703-6300
  (512) 703-6399 (fax)
  mklein@dykema.com
  mmcintyre@dykema.com

 

*/s/ Maria R. Gerguis*
Maria R. Gerguis